**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Darrell Johnson,<br><br>    Defendant. | No. CR-19-01274-002-TUC-JCH (MSA)<br><br>**ORDER** |

Before the Court is incarcerated pro se Defendant's motion titled "Local Rule 60," which the Clerk construed as a Motion for Reconsideration of the Court's Order denying Defendant's Motion to Reduce Sentence under Amendment 821. *See* Docs. 131, 128. The Court ordered the Government to respond under LR Civ. 7.2(g)(2) and Rule 60 of the Federal Rules of Civil Procedure. Doc. 132. That response followed. Doc. 133.

Defendant's "Local Rule 60" motion fails on the merits and under any reconsideration standard. First, Defendant is mistaken that probation improperly considered his 1994 conviction when calculating his criminal history score. *See* Doc. 131 at 1–2. Accounting for Defendant's parole and parole revocation, his release date fell within the fifteen-year period for inclusion in his criminal history score. *Compare* Doc. 77 at 9–12, *with* U.S.S.G. § 4A1.2(k)(2). And as the Government points out, Defendant would be ineligible under Amendment 821 in any event because his sentence was below even his proposed reduced guideline range. *See* Doc. 133 at 6. Second, Defendant's Motion fails under Rule 60 because it attempts to raise an argument that could reasonably have been

made much earlier, when Defendant was sentenced. *See Kona Enters., Inc. v. Estate of Bishop*, 229 F.3d 877, 890 (9th Cir. 2000). Finally, Defendant's Motion also fails under LRCiv. 7.2.(g)(2) because it fails to identify any manifest error, new facts, or legal authority that could not have been brought to the Court's attention earlier, and because Defendant signed and filed the motion more than 14 days after the Court's Order denying his Amendment 821 motion. *Compare* Doc. 128, *with* Doc. 131.

Accordingly,

**IT IS ORDERED DENYING** Defendant's Motion (Doc. 131).

Dated this 3rd day of July, 2024.

John C. Hinderaker
United States District Judge